UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER CHRZAN,

    Plaintiff,

v.

T. MACKAY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-116

HON. JANET T. NEFF

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment Based on Failure to Exhaust (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 3, 2020, recommending that this Court grant the motion for (partial) summary judgment and dismiss without prejudice only Plaintiff's claim that Defendant Hoffman wrote a retaliatory misconduct ticket. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for (partial) Summary Judgment Based on Failure to Exhaust (ECF No. 15) is GRANTED; the Court dismisses without prejudice only Plaintiff's claim that Defendant Hoffman wrote a retaliatory misconduct ticket.

Dated: March 5, 2020

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge