UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER CHRZAN,

    Plaintiff,

v.

T. MACKAY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-116

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 32). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 30, 2020, recommending that this Court grant the motion; dismiss Defendant Hoffman from the case without prejudice; dismiss Plaintiff's claim against Defendant Mackay with prejudice; and terminate the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 32) is GRANTED. Defendant Hoffman is dismissed from the case without prejudice. Plaintiff's claim against Defendant Mackay is dismissed with prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  December 30, 2020                              /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge